IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAITLIN M. GREY,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | |
| | : | No. 15–2479 |
| **JONAS JOHANSSON,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW,** this 21st day of April, 2016, upon consideration of Defendant's "Motion to Dismiss Amended Complaint and for Sanctions Pursuant to Fed. R. Civ. P. 12 and Fed. R. Civ. P. 11" (Doc. No. 4), Plaintiff's "Motion to Strike Defendant's Motion to Dismiss and Motion for Sanctions" (Doc. No. 6), and Defendant's Response to Plaintiff's Motion to Strike (Doc. No. 7), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendant's "Motion to Dismiss Amended Complaint and for Sanctions" (Doc. No. 4) is **GRANTED in part** and **DENIED in part**. The Motion is granted such that Plaintiff's claims for fraud (Count I) and defamation (Count II) are **DISMISSED with prejudice**. The Motion is denied insofar as it seeks to impose sanctions.
- Plaintiff's "Motion to Strike" (Doc. No. 6) is **DENIED**.
- The Clerk of Court shall mark this case **CLOSED**.

                                                        **BY THE COURT:**

                                                        /s/ Mitchell S. Goldberg
                                                        _____
                                                        **MITCHELL S. GOLDBERG, J.**